IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PAUL MURRAY,**<br><br>Plaintiff,<br><br>v.<br><br>**HARRINGTON, et al.,** | 2:21-cv-01936 EFB<br><br>**[PROPOSED]** ORDER GRANTING REQUEST TO MODIFY SCHEDULING ORDER |

Defendants M. Cherinka, R. Harrington, K. Allison, A. Avalos, and B. Holmes (Defendants) moved *ex parte* for an order modifying the Court's scheduling order (Dkt. No. 28) to extend their deadline to file a dispositive motion seventeen days, to July 17, 2023. Based on the moving papers and the declaration of counsel, the Court finds good cause to grant the application.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' request to modify this Court's scheduling order (ECF No. 32) is GRANTED;

2. Defendants' deadline to file a dispositive motion is extended to July 17, 2023.

**IT IS SO ORDERED.**

Dated: June 30, 2023.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE