UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MURRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>HARRINGTON, et al.,<br><br>    Defendants. | No. 2:21-cv-01936-EFB (PC)<br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983. Defendants seek an extension of time to file a reply brief in support of their motion for summary judgment. ECF No. 36. The motion is GRANTED, and defendants shall file their reply brief on or before October 5, 2023.

    So ordered.

Dated: October 3, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE